FILED
CLERK, U.S. DISTRICT COURT

Jan 20, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_PMC\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRANDI SCHACHER,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANNE FEINSTEIN,<br><br>    Defendant. | No. CV 16-8726 SVW (AGRx)<br><br>JUDGEMENT<br><br>JS-6 |

    The Court, having GRANTED Defendant's Motion to Dismiss by minute order dated January 11, 2017 (Dkt. # 11), IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiff's Complaint and action are hereby DISMISSED without leave to amend.

Dated:  January 20, 2017

                                                                        _/s/ Stephen V. Wilson_
                                                                   UNITED STATES DISTRICT JUDGE
                                                                   STEPHEN V. WILSON